IN THE DISTRICT COURT, 3RD CIRCUIT
MIDDLE DISTRICT OF PENNSYLVANIA, U.S.A.

| | |
|---|---|
| RICHARD PAUL SHOVER | ○○ DOCKET # |
| | ○ |
| V. | ○ |
| | ○ |
| YORK COUNTY COMMON PLEAS COURT JUDGES | ○○ |
| YORK COUNTY DISTRICT ATTORNEY'S OFFICE | ○○ |
| YORK COUNTY PUBLIC DEFENDER'S OFFICE | ○○ |
| YORK COUNTY CLERK OF COURTS | ○ |
| YORK COUNTY CONFLICT COUNSEL | ○ |
| LEBANON COUNTY COMMON PLEAS COURT JUDGES | ○○ |
| LEBANON COUNTY DISTRICT ATTORNEY'S OFFICE | ○○ |
| LEBANON COUNTY PUBLIC DEFENDER'S OFFICE | ○○ |
| LEBANON COUNTY CLERK OF COURT | ○ |
| YORK COUNTY PROBATION SERVICES | ○ |
| LEBANON COUNTY PROBATION SERVICES | ○ |

FILED
HARRISBURG, PA
JUL 10 2025
PER _____
DEPUTY CLERK

CIVIL ACTION
CRIMINAL COMPLAINT

## Civil Action and Criminal Complaint

NOW COMES, THE COMPLAINTANT, IN THIS CIVIL ACTION AND CRIMINAL COMPLAINT AGAINST THE NAMED DEFENDANTS IN THEIR PROFESIONAL AND THEIR PRIVATE CAPACITIES AS OFFICERS OF THE COURT AND AS PRIVATE CITIZENS WHO HAVE CONSPIRED TO VIOLATE THE COMPLAINTANTS RIGHTS UNDER COLOR OF LAW, AND KNOWINGLY AND WILLINGLY ENGAGED IN RACKETEERING INVOLVEMENT IN A CRIMINAL ORGANIZATION AND WHO HAVE LAID SIEGE TO THE COURT OF COMMON PLEAS IN THE GREAT REPUBLIC OF PENNSYLVANIA. THESE COUNTY COURTS ARE NOW OVER-RUN, OVER-SEEN AND HAVE BEEN TAKEN OVER BY A CORRUPT

Multitude of unchecked, unbalanced and uncontrollable dictatorship, totalitarian political parasites for the following reasons this complainant, Richard Paul II of the Shover family appear in propria persona, during his special appearance, a living breathing man, and beneficiary of the trust, secured party creditor, and third person intervener, holder in due course and representative of the debtor a.k.a RICHARD PAUL SHOVER II.

1. The Defendants at Docket # 67-CR-1531-2024 and at 38-CR-1420-2021 conspired with one another to make the Commonwealth of Pennsylvania the victim in these cases and also conspired to prosecute the cases, preside over the cases, hear the cases and judge them, give false statements during jury instructions, and also represent the defendant ineffectively and never presenting a reasonable defence at the complainants request.

2. The Defendants conspired to bring charges against the complainant without a unrelated tribunal or grand jury of impartial peers to hear evidence and determine if they had enough evidence to proceed with the case and/or indict the complaintant

3. The Defendants conspired to violate the complainants rights by not allowing him the right to face his accuser and made the State or Commonwealth of Pennsylvania the victim in the case

4. The Defendants conspired to violate the complainants rights by not informing the complainant of the nature and the cause of the actions being brought against him.

5. The Defendants conspired to violate the complaintants rights when they could not show Jurisdiction; Subject matter jurisdiction; a delegation of authority; or an oath of office swearing to uphold the United States Constitution and the Constitution for the Common-

COMMONWEALTH OF PENNSYLVANIA

6. THE DEFENDANTS CONSPIRED TO VIOLATE THE COMPLAINTANTS RIGHTS WHEN WITHOUT HIS KNOWLEDGE, OR CONSENT, GATHERED TOGATHER, AND ASSUMED THE COMPLAINTANTS GUILT WHEN THE FORMULATED A PLEA AGREEMENT WITHOUT AN IMPARTIAL PARTY OR IN THE PRESENCE OF THE COMPLAINTAND AND CONSTITUTES A CRIMINAL CONSPIRACY BEFORE AN ESTABLISHMENT OF GUILT IS MADE BY TRIAL BY JUDGE OR JURY OR BY A FORMAL GUILTY PLEA BY THE COMPLAINTANT

7. THE COMPLAINTANT ASSERTS WHEN YOU ASSUME YOU'VE MADE AN ASS OUT OF YOU AND YOU'VE MADE AN ASS OUT OF ME AND THIS MOST DEFINATELY APPLIES TO THE DEFENANTS

8. THE DEFENDANTS ARE CONSPIRING IN THIER PERSONAL AND PROFESSIONAL CAPACITIES TO VOLUNTARILY ENGAGE IN RACKETEERING INVOLVEMENT IN A CRIMINAL ORANIZATION BY CONSIRING TO VIOLATE THE CITIZENS OF THIS GREAT NATION AND THE GRAND REPUBIC OF PENNSYNANIA

9. THE DEFENDANTS CONSPIRED TO VIOLATE THE RIGHTS OF THE COMPLAINTANT BY PROFITTING FROM A CRIMINAL CONSPIRACY TO VIOLATE THE RIGHTS OF MILLIONS OF PENNSYLVANIANS AND OTHER CITIZENS WHEN THEY KNOWINGLY, WILLINGLY AND VOLUNTARILY ENGAGED IN A R.I.C.O CONSPIRACY TO LAY SEIGE TO COURTS OF COMMON PLEAS AND PROFIT FOR PERSONAL GAINS BY MALICIOUS PERSECUTION AND CORRUPTION

10. THE DEFENDANTS CONSPIRED TO VIOLATE THE COMPLAINTANTS CONSTITUTIONAL RIGHTS WHEN THEY CONSPIRED TO ENFORCE LAWS IN PARI MATERIA (75 PA CSA §1543(b) 75 PA CSA § 3802) AND NOT SUBJECT THEM TO PRIOR OFFENCE CLAUSES IN 75 PA CSA § 3806 IN THAT SECTIONS 1543(b) AND 3802 ARE SUBSTANTIAL SIMILAR AS ARTICULATED IN SECTION 3806(A)(3) AND NOT SUBJECT SECTION 1543(b) TO A 10 YEAR LOOK BACK PERIOD THAT APPLIES TO SECTION 3802 MAKING THESE STATUTES VOID-FOR-VAGUENESS, REPUGNANT TO THE CONSTITUTION AND IN VIOLATION OF THE STATUTORY CONSTRUCTION ACT OF 1972

11. DEFENDANTS CONSPIRED TO VIOLATE THE COMPLAINTANTS RIGHTS WHEN IT KNOWINGLY WILLFULLY, AND VOLUNTAIRILY DECIDED TO EXPLOIT LOOPHOLES IN THE PENNSYLVANIA VEHICLE CODE THAT ARE UNCONSTITUTIONAL, AGAINST STATUTORY CONSTRUCTION ACT OF 1972, VOID FOR VAGUENESS AND DOES NOT FOLLOW COURT DECISIONS MADE IN COM V ARROYO, COM V. HEICKMAN, AND COM V ROSENBERGER AFTER EXPIRATION OF DUI-RELATED SUSPENSION AND CONSECUTIVE NON-DUI SUSPENSION IS BEING SERVED A DEFENDANT COULD NOT BE CHARGED WITH SECTION 1543(b) BUT ONLY GUILTY OF 75 PA C.S.A. § 1543

WHEREFORE ALL OF THE ABOVES MENTIONED REASONS THIS COMPLAINANT WISHES TO FILE SUIT, CRIMINAL CHARGES FOR CONSPIRING TO VIOLATE COMPLAINTANTS RIGHTS, R.I.C.O CONSIRACY CHARGES AND DAMAGES FOR MALICIOUS PROCECUTION AND DRIVERS LICENSE SUSPENSION THAT HAS CAUSED THE COMPLAINTANT UNMEASURED DAMAGES AND PAIN AND SUFFERING DUE TO EXPLOITATION OF VEHICLE CODES IN PENNSYLVANIA IN THE AMOUNT OF $9,000,000.00 PER DEFENDANT PER VIOLATION IN THEIR PROFESIONAL AND PRIVATE CAPACITIES

ALL STATEMENTS MADE HERE IN ARE TRUE AND CORRECT TO THE BEST OF THE COMPLAINTANTS KNOWLEDGE AND BELIEF UNDER PENALTY OF PERJURY SO HELP HIM GOD

7, 7, 2025

Richard Paul S[...]
RICHARD PAUL SHOVER II
UCC 1-308; 1-103
ALL RIGHTS RESERVED

777 PORTAL

"THIS CORRESPONDENCE ORIGINATES
FROM AN INMATE INSTITUTION"

FROM: Richard Paul Shover II

INMATE ID#: 24056

York County Prison
3400 Concord Rd.
York, PA 17402

LEGAL MAIL
HARRISBURG PA   171
7 JUL 2025   PM 1   L



TO: The Supreme Court, 3rd Circuit
For the Middle District of Pennsylvania
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

17102-110401